FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0495

_____

TOWN OF KEVIN,

     Petitioner and Appellant,

  v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

     Respondent and Appellee,

CITY OF SHELBY,

     Applicant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2024